**Order filed September 14, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-17-00205-CR
_____

**BELISARIO I. LOPEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 176th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1466251**

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **State's Exhibit 109, State's Exhibit 127, and State's Exhibit 128.**

The clerk of the 176th District Court is directed to deliver to the Clerk of this court the original of State's Exhibit 109, State's Exhibit 127, and State's Exhibit 128, on or before **September 21, 2018.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's Exhibit 109, State's Exhibit 127, and State's Exhibit 128, to the clerk of the 176th District Court.


PER CURIAM